CAROL ROBERTSHAW EBERHARDT et al., Respondents, v VIAHEALTH et al., Appellants. [782 NYS2d 204]—Appeals from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered May 13, 2003. The order denied defendants' motions for summary judgment dismissing the complaint in a medical malpractice action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.